## STATE OF CONNECTICUT *v.* ASHEEK YUSUF

The defendant's petition for certification for appeal from the Appellate Court, 70 Conn. App. 594 (AC 20529), is denied.

*Alice Osedach-Powers*, assistant public defender, in support of the petition.

*Rita M. Shair*, senior assistant state's attorney, in opposition.

Decided September 12, 2002

## NORBERTO RIVERA *v.* COMMISSIONER OF CORRECTION

The petitioner Norberto Rivera's petition for certification for appeal from the Appellate Court, 70 Conn. App. 452 (AC 20818), is denied.

ZARELLA, J., did not participate in the consideration or decision of this petition.

*Todd A. Edgington*, assistant public defender, in support of the petition.

*Robert J. Scheinblum*, assistant state's attorney, in opposition.

Decided September 12, 2002

## STATE OF CONNECTICUT *v.* NELSON RAMOS

The defendant's petition for certification for appeal from the Appellate Court, 70 Conn. App. 855 (AC 20921), is denied.

*Kent Drager*, senior assistant public defender, in support of the petition.

*Toni M. Smith-Rosario*, assistant state's attorney, in opposition.

Decided September 12, 2002

### STATE OF CONNECTICUT *v.* NELSON RAMOS

The petition by the state of Connecticut for certification for appeal from the Appellate Court, 70 Conn. App. 855 (AC 20921), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the evidence was insufficient to sustain the defendant's conviction under General Statutes § 29-38 because the state failed to prove that the defendant intended to carry the hammer in his vehicle with the intent to use it as a dangerous instrument?"

The Supreme Court docket number is SC 16829.

*Toni M. Smith-Rosario*, assistant state's attorney, in support of the petition.

*Kent Drager*, senior assistant public defender, in opposition.

Decided September 12, 2002

### NICOLAS G. MELFI ET AL. *v.* CITY OF DANBURY ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 70 Conn. App. 679 (AC 21134), is denied.

*Nancy Burton*, in support of the petition.

Decided September 12, 2002